JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation; | Case No.: 2:19-cv-00117-RGK-PLA |
| Plaintiff, | **ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| vs. | Judge: Hon. R. Gary Klausner |
| BOOHOO.COM USA LIMITED d/b/a NASTY GAL, a Manchester Corporation; NASTY GAL LIMITED, a Manchester Corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed without prejudice and without an award of costs or fees to any party. The Court will retain jurisdiction to convert this dismissal into a dismissal with prejudice on June 7, 2019, unless any party requests reopening the case on or before that time. Each party shall bear its own costs and attorney fees.

IT IS SO ORDERED.

Dated: May 14, 2019

_____
The Honorable R. Gary Klausner
United Stated District Court Judge